FILED

03/25/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0259

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0259

DONNIE NOLAN,

Petitioner and Appellant,

v.

STATE OF MONTANA,

Respondent and Appellee.

FILED

MAR 25 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

Self-represented Appellant Donnie Nolan has filed a motion to object to the third extension of time filed by Appellee State of Montana as well as a motion to compel an answer to his motion.

Upon review of this Court's docket, Nolan has filed a motion objecting to each of the State's request for additional time to file a response brief. We further observe that two opening briefs are on file here. This Court received an opening brief on July 5, 2019, and on August 15, 2019, we issued an Order directing Nolan to file his brief within thirty days. This Court then received Nolan's opening brief on September 16, 2019. There is no apparent reason why Nolan was directed to file a second brief.

In his motions, Nolan makes multiple requests, such as: (1) the State be found in default; (2) his conviction be overturned; (3) this Court rule in his favor; and (4) an answer be compelled from the State. Nolan asserts that he has not been treated fairly under the law of "equal protection" because the State has been granted three broad extensions of time, ranging from forty-five to sixty days, to respond to his opening brief.

We conclude that Nolan's motions are not well taken concerning his requested relief. He cites the Uniform District Court Rules, which do not apply to this Court. Section 25-19-Rule 15, MCA. Even with a liberal interpretation of the Montana Rules of Appellate Procedure, Nolan is incorrect that he may move for a summary ruling or have his conviction

overturned after filing an objection. We point out that this Court considers all motions for extension of time equitably and that Nolan never moved this Court for an extension of time to file his opening brief. M. R. App. P. 26(1). This Court will issue a decision in this matter following briefing and classification. M. R. App. P. 19(1). Accordingly,

IT IS ORDERED that Nolan's:

1. October 30, 2019 Motion to Object to Extension of Time, Find Respondent in Default, and Overturn Conviction is DENIED;

2. February 20, 2020 Motion to Object to Extension of Time, Find Respondent in Default, and Overturn Conviction is DENIED;

3. March 11, 2020 Motion "To object to (3) 60 day Extension of time, Summary Ruling, Grant Postconviction Relief" is DENIED; and

4. March 23, 2020 Motion To Compel Answer on Motion to Object (3) 60 day Extensions is DENIED.

The Clerk is directed to provide a copy of this Court's Order to counsel of record and to Donnie Nolan personally.

DATED this 25th day of March, 2020.

For the Court,

By _____
Chief Justice

2